```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESS HEALTHCARE NFP, *doing business as* Northlake Behavioral Health System,

                Plaintiff,

-against-

STARR SURPRLUS LINES INSURANCE COMPANY,

                Defendant.

1:23-cv-9684 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The parties are HEREBY ORDERED to file a Joint Status Letter of no more than 5 pages on or before November 13, 2023 regarding the status and procedural history of this case.

**SO ORDERED.**

**Date: November 3, 2023**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**