UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:  8/11/2025               │
└─────────────────────────────────────┘
```

---

NESS HEALTHCARE NFP, *doing business as*, Northlake Behavioral Health System,

                                Plaintiff,

        -v-

STARR SURPLUS LINES INSURANCE COMPANY,

                                Defendant.

---

No. 23-cv-9684 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

The Court is in receipt of the parties' joint status letter, which describes multiple discovery disputes [ECF No. 74], and two separate pre-motion letters from Defendant concerning summary judgment [ECF Nos. 75, 76].

IT IS HEREBY ORDERED that the Post Discovery Conference that was previously scheduled to take place on August 13, 2025 is ADJOURNED *sine die*.

The parties are directed to again meet and confer in good faith to attempt to resolve, or at least narrow, their discovery disputes. If the parties are unable to resolve their disputes, any motion to compel is due on September 5, 2025. Any opposition is due on September 12, 2025. The Court will not entertain reply briefs.

IT IS FURTHER ORDERED that any motion for summary judgment is due on October 27, 2025. Further briefing shall proceed on the schedule set forth in Local Rule 6.1(b).

**SO ORDERED.**

**Date:  August 11, 2025**
      **New York, NY**

                **MARY KAY VYSKOCIL**
                **United States District Judge**