```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/4/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESS HEALTHCARE NFP, *doing business as* Northlake Behavioral Health System,

        Plaintiff,

-against-

STARR SURPRLUS LINES INSURANCE COMPANY,

        Defendant.

1:23-cv-9684 (MKV)

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle [ECF No. 105].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is dismissed without costs to either party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by December 4, 2025.  If no such application is made by that date, today's dismissal is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  The parties' pending motions to compel and for summary judgment [ECF Nos. 80, 81, 92, 97, 101] are DENIED as moot.  All other dates and deadlines are adjourned *sine die.*

    The Clerk of Court respectfully is requested to terminate docket entries 80, 81, 92, 97, are 101.

**SO ORDERED.**

**Date: November 4, 2025**
**New York, NY**

*(signed)* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**