**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025

| | | |
|---|---|---|
| **NESS HEALTHCARE NFP, doing** | * | |
| **business as** | * | |
| **Northlake Behavioral Health System,** | * | **CIVIL ACTION NO.:** |
| **Plaintiff,** | * | **1:23-cv-9684 (MKV** |
| | * | |
| **-against-** | * | |
| | * | |
| **STARR SURPLUS LINES** | * | |
| **INSURANCE COMPANY** | | |
| **Defendant** | | |

**************************************************************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

ON THIS DAY, the Court was presented with the Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiffs Ness Healthcare NFP that the parties have reached an amicable settlement, finds the stipulation should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the above-styled and numbered cause and any and all causes of action asserted herein are hereby DISMISSED WITH PREJUDICE and that each party shall bear their own costs of this Court.

SIGNED THIS 22nd OF __December__, 202 5 .

_____
JUDGE

The Clerk of Court respectfully is requested to terminate ECF No. 107